## 35398. KIMEL v. KIMEL.

This court has determined that this is a proper case for application of Rule 59.
*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 14, 1979 — DECIDED SEPTEMBER 26, 1979.

*Claude E. Hambrick,* for appellant.
*Glenda Hardigg,* for appellee.